IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DAREN M. KEETER; KELLY T. KEETER; KAYLAN A. KEETER; DAREN M. KEETER, TRUSTEE FOR THE KAK TRUST, SOLE MEMBER OF NEWAUKUM VENTURES, LLC; JULIE L. KEETER, GUARDIAN OF THE PROPERTY OF KAYLAN A. KEETER; BRADLEY A. KEETER; CHERYL KEETER, STEVEN J. KEETER; JAMES P. KEETER; HUMPTULIPS VENTURES, LLC; SATSOP VENTURES, LLC; WYNOOCHEE VENTURES, LLC; CHEHALIS VENTURES, LLC; and NEWAUKUM VENTURES, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> KPMG LLP, JEFFREY A. EISCHEID; SIDLEY AUSTIN BROWN & WOOD, LLP, f/k/a BROWN & WOOD, LLP; R.J. RUBLE; DEUTSCHE BANK AG, DEUTSCHE BANK SECURITIES INC., d/b/a DEUTSCHE BANK ALEX. BROWN; PRESIDIO GROWTH, LLC, PRESIDIO ADVISORS, LLC; PRESIDIO ADVISORY SERVICES, LLC; and JOHN LARSON, <br><br> Defendants. | **Case No. 1:04-CV-3759-WSD** <br><br> **NOTICE OF SETTLEMENT AND REQUEST FOR DISMISSAL WITH PREJUDICE** |

1. By this Notice of Settlement, Defendants Deutsche Bank AG and Deutsche Bank Securities Inc. ("DBSI") (collectively, "Deutsche Bank" or "Deutsche Bank Defendants"), and Defendants Presidio Advisors, LLC, Presidio Advisory Services, LLC, Presidio Growth, LLC, and John Larson (collectively, the "Presidio Defendants"), jointly seek dismissal with prejudice of this action pursuant to the Court's April 26, 2006 Consent Order. (A copy of the "Consent Order" is attached hereto as Exhibit A.)

2. The Consent Order provides "that if Plaintiffs' withdrawal of their request for exclusion is recognized by the *Simon* court and if and when the class action settlement in *Simon* . . . is finally approved, as defined above, Plaintiffs' claims against all Defendants will be dismissed with prejudice and this action will be concluded." (Consent Order, Exh. A, p. 4.)

3. As contemplated by the Consent Order, the Plaintiffs in this case ("*Keeter* Plaintiffs") successfully settled their claims against KPMG LLP and Sidley Austin as part of a settlement of a federal class action, *Simon, et al. v. KPMG LLP, et al.*, No. 05-3189-DMC (D.N.J.).

4. Specifically, on June 2, 2006, the *Simon* court entered an order certifying a class for settlement based, in part, on an April 24, 2006 affidavit by Stephen J. Cirami, which identified the *Keeter* Plaintiffs as part of the proposed settlement class.

(A copy of the June 2, 2006 Order is attached as Exhibit B; the Cirami Affidavit is attached as Exhibit C.)

5. On June 15, 2006, the *Simon* court entered a Final Judgment Approving Class Action Settlement (attached as Exhibit D).

6. Accordingly, the conditions of the Consent Order are satisfied, and the Deutsche Bank and Presidio Defendants respectfully request that the Court enter the enclosed Proposed Order of Dismissal With Prejudice (attached as Exhibit E).

Respectfully submitted, this 24th day of August, 2007.

        By: /s/ C. Melissa Ewing
        J. Marbury Rainer
        Georgia Bar No.
        C. Melissa Ewing
        Georgia Bar No. 253383
        PARKER HUDSON RAINER
        AND DOBBS, LLP
        1500 Marquis Two Tower
        285 Peachtree Center Ave, N.E.
        Atlanta, Georgia 30303
        Tel: 404-420-5555
        Fax: 404-552-8409

        Lawrence M. Hill
        Seth C. Farber
        Christine Y. Chi
        DEWEY BALLANTINE LLP
        1301 Avenue of the Americas
        New York, New York 10019-6092
        Telephone: (212) 259-8000
        Facsimile: (212) 259-6333

        Attorneys for Defendants Deutsche Bank AG
        and Deutsche Bank Securities Inc.

## **CERTIFICATE OF COMPLIANCE**

The undersigned hereby certifies that this Notice complies with the font and point selections approved by the Court in Local Rule 5.1B.  This Notice has been prepared in Times New Roman font, 14 point.

        Respectfully submitted,

        By: /s/ C. Melissa Ewing
        C. Melissa Ewing
        Georgia Bar No. 253383
        PARKER HUDSON RAINER
        AND DOBBS, LLP

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day electronically filed with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record, a copy of the preceding **NOTICE OF SETTLEMENT AND REQUEST FOR DISMISSAL WITH PREJUDICE** to:

> Everette L. Doffermyre, Esq.
> David Scott Hagy, Esq.
> Doffermyre, Shields, Canfield, Knowles & Devine
> 1355 Peachtree Street
> Suite 1600
> Atlanta, Georgia 30309
> edoffermyre@dsckd.com
> dhagy@dsckd.com
>
> Robert L. Rothman, Esq.
> Karen B. Bragman, Esq.
> Arnall Golden Gregory, LLP
> 171 17th Street
> Suite 2100
> Atlanta, Georgia 30363-2401
> robert.rothman@agg.com
> karen.bragman@agg.com
>
> Allen Groves, Esq.
> Seyfarth Shaw, LLP
> One Peachtree Pointe
> 1545 Peachtree Street, NE
> Suite 700
> Atlanta, Georgia 30309-2401
> agroves@seyfarth.com

Daniel P. Griffin, Esq.
Miller & Martin PLLC
1170 Peachtree Street NE
Suite 800
Atlanta, Georgia  30309-7706
dgriffin@millermartin.com

Ryan A. Kurtz, Esq.
Miller & Martin PLLC
1170 Peachtree Street NE
Suite 800
Atlanta, Georgia 30309
rkurtz@millermartin.com

Jeffrey D. Horst, Esq.
David A. Sirna, Esq.
Krevolin & Horst, LLC
1175 Peachtree Street, NE
100 Colony Square
Suite 2150
Atlanta, Georgia 30361
horst@krevolinhorst.com
sirna@krevolinhorst.com

John D. Dalbey, Esq.
Chilvis Cochran Larkins & Bever
3127 Maple Drive, NE
Atlanta, Georgia  30305
jdd@cclblaw.com

Jonathan E. Altman, Esq.
Aaron M. May, Esq.
Munger, Tolles & Olson
355 S. Grand Avenue
Suite 3500
Los Angeles, CA 90071
jonathan.altman@mto.com
aaron.may@mto.com

7

Steven M. Bauer, Esq.
Sara P. Graves, Esq.
Latham & Watkins LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-2562
steven.bauer@lw.com
sara.graves@lw.com

Gary V. Mauney, Esq.
Lewis & Roberts, PLLC
128 South Tryon Street
Suite 1100
Charlotte, NC 28202-5012
garymauney@lewis-roberts.com

James A. Roberts, III, Esq.
Lewis & Roberts, PLC
1305 Navajo Drive
Suite 400
Raleigh, NC 27609
jimroberts@lewis-roberts.com

Henry D. Fellows, Jr.
Fellows Johnson & La Briola
225 Peachtree Street, N.E.
South Tower, Suite 2300
Atlanta, Georgia  30303-1731
hfellows@fjl-law.com

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

> Stuart E. Abrams, Esq.
> Frankel & Adams
> 230 Park Avenue
> New York, New York  10169

This 24th day of August, 2007.

/s/ C. Melissa Ewing
Georgia Bar No. 253383